APPEAL No. 73-6. STEVEN NAGY *v.* JOHN F. MCBURNEY. Motion of Herbert Katz for leave to withdraw as attorney for appellant granted. Paolino and Joslin, JJ. not participating. *John F. McBurney,* appellee, pro se.

APPEAL No. 74-201. KENTS CORNERS CONGREGATIONAL CHURCH *v.* CHARLES O'CONNELL *et al.* Appellees' motion to affirm the judgment of the Superior Court under Rule 16(g), as amended, is denied. Paolino and Joslin, JJ. not participating. *George Ajootian, Charles J. Ajootian,* for plaintiff-appellant. *Joseph T. Little,* Asst. City Solicitor, for defendants-appellees.

## February 7, 1975.

M. P. No. 74-325. STATE *v.* LEONARD JEFFERSON. Motion of defendant to be admitted to bail pending appeal denied. *Julius C. Michaelson,* Attorney General, *John A. Murphy,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Carmine A. Rao,* Asst. Public Defender, for defendant.

## February 10, 1975.

M. P. No. 74-320. VICTOR WALKA *v.* FRANK BESTWICK, JR. VICTOR WALKA *v.* WIILLIAM COLLINS. Petition for writ of certiorari is granted. The order granting a stay in this proceeding is to continue in full force and effect. Cause is assigned for hearing to the calendar for April, 1975, at which time the respondent's objection to the issuance of the petition for certiorari may be renewed. *Letts, Quinn & Licht, Daniel J. Murray, Jerome B. Spunt, Frank Licht,* for respondent-appellee. *Alan H. Pearlman,* for petitioners-appellants.